| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.N. LBR 9004-1(b)** <br> Rebecca A. Solarz, Esq. <br> Brian C. Nicholas, Esq. <br> KML Law Group, P.C. <br> 216 Haddon Avenue, Suite 406 <br> Westmont, NJ 08108 <br> Main Number: (609) 250-0700 <br> rsolarz@kmllawgroup.com <br> bnicholas@kmllawgroup.com <br> Attorneys for MidFirst Bank |
| In Re: <br> Victor Rotonda <br> <br> Debtor |

Case No: 19-17024 MBK

Chapter: 13

Judge: Michael B. Kaplan

# NOTICE OF APPEARANCE

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MidFirst Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.


Date: 05/15/2019                    **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            Brian C. Nicholas, Esquire
                                                            **KML Law Group, P.C.**
                                                            216 Haddon Avenue, Ste. 406
                                                            Westmont, NJ 08108
                                                            (609) 250-0700 (NJ)
                                                            (215) 627-1322 (PA)
                                                            FAX: (609) 385-2214
                                                            Attorney for Movant/Applicant

*new 8/1/15*