| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-17024 / MBK**

Victor Rotonda

Petition Filed Date: 04/08/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 09/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2019 | $1,500.00 | 58155230 | 05/29/2019 | $1,500.00 | 58913850 | 06/25/2019 | $1,500.00 | 59632880 |
| 07/30/2019 | $1,500.00 | 60435350 | 09/03/2019 | $1,500.00 | 61395090 | 09/30/2019 | $1,500.00 | 62136530 |
| 10/29/2019 | $1,500.00 | 62841170 | 12/03/2019 | $1,500.00 | 63666750 | 12/31/2019 | $1,500.00 | 64426640 |

**Total Receipts for the Period:  $13,500.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Victor Rotonda | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H JOHNSON<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,833.63 | $213.66 | $2,619.97 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,965.90 | $299.03 | $3,666.87 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $8,626.75 | $650.46 | $7,976.29 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,550.51 | $192.32 | $2,358.19 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,436.45 | $183.72 | $2,252.73 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $6,187.77 | $466.58 | $5,721.19 |
| 7 | JPMorgan Chase Bank, NA<br>»»  2010 TOYOTA COROLLA | Debt Secured by Vehicle | $211.43 | $211.43 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  BJ'S | Unsecured Creditors | $764.97 | $57.68 | $707.29 |
| 9 | ALLY CAPITAL<br>»»  2015 JEEP GRAND CHEROKEE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK<br>»»  P/1649 SHADY LN/1ST MTG | Mortgage Arrears | $2,904.26 | $2,904.26 | $0.00 |
| 11 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors | $38,484.68 | $2,901.86 | $35,582.82 |

**Chapter 13 Case No. 19-17024 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $12,831.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $777.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,392.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**