| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-17024 / MBK**

Victor Rotonda

Petition Filed Date: 04/08/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 09/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $1,500.00 | 65258770 | 02/25/2020 | $1,500.00 | 65834010 | 03/30/2020 | $1,500.00 | 66680260 |
| 05/01/2020 | $1,500.00 | 67525060 | 05/29/2020 | $1,500.00 | 68187380 | 06/30/2020 | $1,500.00 | 69015210 |
| 08/03/2020 | $1,500.00 | 69755600 | 08/31/2020 | $1,500.00 | 70472800 | 09/30/2020 | $1,500.00 | 71196740 |
| 10/28/2020 | $1,500.00 | 71885090 | 11/30/2020 | $1,500.00 | 72646560 | 12/17/2020 | $1,500.00 | 73132100 |
| 02/02/2021 | $1,500.00 | 74196080 | | | | | | |

**Total Receipts for the Period: $19,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Victor Rotonda | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H JOHNSON<br>»» ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,833.63 | $921.94 | $1,911.69 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,965.90 | $1,290.32 | $2,675.58 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $8,626.75 | $2,806.75 | $5,820.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,550.51 | $829.81 | $1,720.70 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,436.45 | $792.70 | $1,643.75 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $6,187.77 | $2,013.23 | $4,174.54 |
| 7 | JPMorgan Chase Bank, NA<br>»» 2010 TOYOTA COROLLA | Debt Secured by Vehicle | $211.43 | $211.43 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» BJ'S | Unsecured Creditors | $764.97 | $248.89 | $516.08 |
| 9 | ALLY CAPITAL<br>»» 2015 JEEP GRAND CHEROKEE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK<br>»» P/1649 SHADY LN/1ST MTG | Mortgage Arrears | $2,904.26 | $2,904.26 | $0.00 |
| 11 | US Department of Education<br>»» STUDENT LOAN | Unsecured Creditors | $38,484.68 | $12,521.19 | $25,963.49 |

**Chapter 13 Case No. 19-17024 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | |
|---|---|---|
| Total Receipts: | $33,000.00 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: | $29,290.52 | Current Monthly Payment:    $1,500.00 |
| Paid to Trustee: | $2,300.98 | Arrearages:                            $0.00 |
| Funds on Hand: | $1,408.50 | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**