UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

In Re:

Victor Rotonda,

                                    Debtors.

**Order Filed on August 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

 Case No.  19-17024  (MBK)

## ORDER AUTHORIZING DEBTOR TO CO-SIGN LOAN FOR DAUGHTER

The relief set forth on page numbered two (2) through three (3) annexed hereto be and is hereby **GRANTED**.

**DATED: August 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

**Debtor:   VICTOR ROTONDA**
**Case No.: 19-17024 (MBK)**
**Caption:  Order Authorizing Debtor to Co-sign of Mortgage Loan**

---

**THIS MATTER**, having been opened to the Court upon Motion filed on behalf of the

Victor Rotonda (the "Debtors"), by and through counsel, Robert H. Johnson LLC, for entry of an

Order Authorizing the Debtor to Co-sign Mortgage Loan; and good and sufficient notice having

been provided; and the Court being satisfied that there is a legal and factual basis for the relief

requested therein; and for other good cause having been shown it is;

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Debtor is authorized to co-sign on his daughter's mortgage held or

serviced by MDE Home Loans; and it is further

**ORDERED** that the Debtors are not required to file an Amended Schedule J since there

are no changes to the Debtors' monthly mortgage payments; and it is further

**ORDERED** that the 14 day period under Fed. R. Bankr. P. 6004 is hereby waived.