UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

**Order Filed on August 25, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Victor Rotonda,

                    Debtors.

Chapter 13

 Case No.  19-17024  (MBK)

---

### ORDER AUTHORIZING DEBTOR TO CO-SIGN LOAN FOR DAUGHTER

---

The relief set forth on page numbered two (2) through three (3) annexed hereto be and is hereby **GRANTED**.

**DATED: August 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

**Debtor:    VICTOR ROTONDA**
**Case No.:  19-17024 (MBK)**
**Caption:   Order Authorizing Debtor to Co-sign of Mortgage Loan**

---

**THIS MATTER**, having been opened to the Court upon Motion filed on behalf of the Victor Rotonda (the "Debtors"), by and through counsel, Robert H. Johnson LLC, for entry of an Order Authorizing the Debtor to Co-sign Mortgage Loan; and good and sufficient notice having been provided; and the Court being satisfied that there is a legal and factual basis for the relief requested therein; and for other good cause having been shown it is;

**ORDERED** that the Application is granted; and it is further

**ORDERED** that the Debtor is authorized to co-sign on his daughter's mortgage held or serviced by MDE Home Loans; and it is further

**ORDERED** that the Debtors are not required to file an Amended Schedule J since there are no changes to the Debtors' monthly mortgage payments; and it is further

**ORDERED** that the 14 day period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-17024-MBK

Victor Rotonda                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                        Page 1 of 1

Date Rcvd: Aug 26, 2021                   Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

**Recip ID**    **Recipient Name and Address**
db        +  Victor Rotonda, 1649 Shady Lane, Toms River, NJ 08753-5840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Robert H. Johnson | on behalf of Debtor Victor Rotonda ecfmail@rhjlaw.com  10270@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5