| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-17024 / MBK**

Victor Rotonda

Petition Filed Date: 04/08/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 09/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $1,500.00 | 74196080 | 03/01/2021 | $1,500.00 | 74853560 | 03/23/2021 | $1,500.00 | 75449270 |
| 04/30/2021 | $1,500.00 | 76323260 | 06/01/2021 | $1,500.00 | 77081650 | 06/28/2021 | $1,500.00 | 77712690 |
| 07/29/2021 | $1,500.00 | 78410580 | 09/02/2021 | $1,500.00 | 79170720 | 09/21/2021 | $1,500.00 | 79615310 |
| 10/28/2021 | $1,500.00 | 80419760 | 11/30/2021 | $1,500.00 | 81110360 | 12/29/2021 | $1,500.00 | 81731370 |
| 02/01/2022 | $1,500.00 | 82474930 | | | | | | |

**Total Receipts for the Period:  $19,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $51,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Victor Rotonda | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H JOHNSON<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,833.63 | $1,639.76 | $1,193.87 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,965.90 | $2,294.98 | $1,670.92 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $8,626.75 | $4,992.12 | $3,634.63 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,550.51 | $1,475.93 | $1,074.58 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,436.45 | $1,409.92 | $1,026.53 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $6,187.77 | $3,580.73 | $2,607.04 |
| 7 | JPMorgan Chase Bank, NA<br>»»  2010 TOYOTA COROLLA | Debt Secured by Vehicle | $211.43 | $211.43 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  BJ'S | Unsecured Creditors | $764.97 | $442.67 | $322.30 |
| 9 | ALLY CAPITAL<br>»»  2015 JEEP GRAND CHEROKEE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK<br>»»  P/1649 SHADY LN/1ST MTG | Mortgage Arrears | $2,904.26 | $2,904.26 | $0.00 |
| 11 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors | $38,484.68 | $22,270.25 | $16,214.43 |

**Chapter 13 Case No. 19-17024 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $45,972.05 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $3,653.95 | Arrearages: | $0.00 |
| Funds on Hand: | $1,374.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

