| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023

**Chapter 13 Case No. 19-17024 / MBK**

Victor Rotonda

Petition Filed Date: 04/08/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 09/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2022 | $1,500.00 | 82474930 | 02/28/2022 | $1,500.00 | 83037330 | 03/29/2022 | $1,500.00 | 83664750 |
| 05/03/2022 | $1,500.00 | 84452870 | 06/01/2022 | $1,500.00 | 84991410 | 07/01/2022 | $1,500.00 | 85593110 |
| 08/02/2022 | $1,500.00 | 86214990 | 08/29/2022 | $1,500.00 | 86741680 | 09/22/2022 | $1,500.00 | 87221710 |
| 10/17/2022 | $1,500.00 | 87722290 | 12/16/2022 | $1,500.00 | 88860100 | 01/09/2023 | $1,500.00 | 89302860 |
| 02/02/2023 | $1,500.00 | 89762120 | 02/28/2023 | $1,500.00 | 90227800 | | | |

**Total Receipts for the Period: $21,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $70,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Victor Rotonda | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert H. Johnson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $2,833.63 | $2,312.43 | $521.20 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,965.90 | $3,236.44 | $729.46 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $8,626.75 | $7,039.98 | $1,586.77 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,550.51 | $2,081.39 | $469.12 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,436.45 | $1,988.31 | $448.14 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $6,187.77 | $5,049.62 | $1,138.15 |
| 7 | JPMorgan Chase Bank, NA<br>»»  2010 TOYOTA COROLLA | Debt Secured by Vehicle | $211.43 | $211.43 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  BJ'S | Unsecured Creditors | $764.97 | $624.27 | $140.70 |
| 9 | ALLY CAPITAL<br>»»  2015 JEEP GRAND CHEROKEE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | MIDFIRST BANK<br>»»  P/1649 SHADY LN/1ST MTG | Mortgage Arrears | $2,904.26 | $2,904.26 | $0.00 |
| 11 | US Department of Education<br>»»  STUDENT LOAN | Unsecured Creditors | $38,484.68 | $31,405.94 | $7,078.74 |
| 0 | Robert H. Johnson, Esq.<br>»»  ORDER 9/20/22 | Attorney Fees | $910.00 | $910.00 | $0.00 |

Chapter 13 Case No. 19-17024 / MBK

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $70,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $62,514.07 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $5,201.93 | Arrearages: | $0.00 |
| Funds on Hand: | $2,784.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

